| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br>SHOOB, MARVIN H. | 2. Court or Organization<br>NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br>5.10.08 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>SENIOR | 5a. Report Type (check appropriate type)<br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br>1767 U.S. COURTHOUSE<br>75 SPRING ST., S.W.<br>ATLANTA, GA 30303.3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. ADVISORY BOARD | SHEPHERD SPINAL CLINIC |
| 2. LIFE TRUSTEE | AMERICAN JEWISH COMMITTEE |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 22 A 10: 47

## FINANCIAL DISCLOSURE REPORT
Page 2 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | SELF-EMPLOYED FASHION DESIGNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

# FINANCIAL DISCLOSURE REPORT
Page 3 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5·10·08 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☒ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PINNACLE CREDIT UNION, FULTON COUNTY, GA | E | RENT | N | W | | | | | |
| 2. MERRILL LYNCH CMA ACCOUNT | B | INT | L | T | | | | | |
| 3. METRO ATLANTA BONDS | C | INT | K | T | | | | | |
| 4. COBB COUNTY HOSPITAL BONDS | A | INT | J | T | | | | | |
| 5. GWINNET COUNTY BONDS | B | INT | J | T | SOLD | 3/1 | K | A | |
| 6. CAPITAL INCOME BUILDER FUND | A | DIV | J | T | | | | | |
| 7. CAPITAL WORLD BOND FUND | A | DIV | J | T | | | | | |
| 8. CAPITAL WORLD GROWTH FUND | A | DIV | J | T | | | | | |
| 9. EUROPACIFIC GROWTH FUND | A | DIV | J | T | | | | | |
| 10. FUNDAMENTAL INVS INC FUND | A | DIV | J | T | | | | | |
| 11. GROWTH FUND AMER FUND | A | DIV | J | T | | | | | |
| 12. OPPENHEIMER INTL BOND FUND | A | INT | L | T | | | | | |
| 13. NEW WORLD FUND | A | DIV | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | P =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6  CONT.

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5·16·08 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST (IRA) RBC DAIN RAUSHER, CUSTODIAN | | | | | | | | | |
| 2. ASSETS: | | | | | | | | | |
| 3. EVERGREEN MONGY MARKET FUND | | INT | | | | | | | |
| 4. US TREASURY BONDS AND OBLIGATIONS | | INT | | | | | | | |
| 5. UNITED UTILITIES | | INT | | | | | | | |
| 6. CENTURY SMALL CAP FUND | | DIV | | | | | | | |
| 7. GOLDMAN SACHS TR FINL 50 FUND | | DIV | | | | | | | |
| 8. HOTCHKIS & WILEY FDS FUND | | DIV | | | | | | | |
| 9. JULIUS BAGR INVT FDS FUND | | DIV | | | | | | | |
| 10. OPPENHEIMER REAL ASSET FUND | | DIV | | | | | | | |
| 11. ROYCE FD TOTAL RETURN FUND | | DIV | | | | | | | |
| 12. TCW BALILEO FDS INC SELECT FUND | | DIV | | | | | | | |
| 13. TCW GALILEO FUNDS INC VALUE FUND | | DIV | | | | | | | |
| 14. TORRAY FD INSTITU-TIONAL FD FUND | | DIV | | | | | | | |
| 15. VANGUARD WINDSOR FUND INC / VANGUARD | | DIV | | | | | | | |
| 16. WINDSOR II PORTFOLIO | | | | | | | | | |
| 17. ACM INCOME FUND | | DIV | | | SOLD | 1/29 | | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT
Page 4 of 6 CONT.

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-08 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. DNP SELECT INCOME FUND | | DIV | | | | | | | |
| 2. WELLS FARGO FDS TR | | DIV | | | | | | | |
| 3. AMERICAN BALANCED | | DIV | | | | | | | |
| 4. DODGE & COX INCOME | | DIV | | | | | | | |
| 5. FRANKLIN INCOME | | DIV | | | | | | | |
| 6. INCOME FUND OF AMERICA | | DIV | | | | | | | |
| 7. VAN KAMPEN EQUITY | | DIV | | | SOLD | 6/1 | | | |
| 8. OPPENHEIMER INTL BOND | | INT | | | | | | | |
| 9. THORNBERG LTD. | | DIV | | | SOLD | 5/15 | | | |
| 10. AM FUNDS CAPITAL | | DIV | | | BUY | 5/22 | J | | |
| 11. AGGREGATE INCOME & VALUE OF TRUST | E | | N | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 5 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 6 | Name of Person Reporting<br>SHOOB, MARVIN H. | Date of Report<br>5-10-08 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544